GREENBERG, Appellant, v. GOLDBERG, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Abraham Greenberg against Mayer Goldberg, impleaded with others. H. R. Elias,

of New York City, for appellant. N. S. Goetz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 150 N. Y. Supp. 1088.